UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL McDONALD, ET AL )<br>)<br>) | Criminal No. MJ04-M-282 JLA |

### NOTICE OF APPEARANCE

Please enter my appearance for the defendant, Michael McDonald, in connection with the above-entitled matter.

*[signature]*

JOHN M. MOSCARDELLI, BBO #357340
Peters & Moscardelli
Eight Winter Street, 12th Floor
Boston, MA 02108
Tel. (617) 423-6222
Attorney for Defendant, Michael McDonald

DATED: December 6, 2004

# PETERS & MOSCARDELLI
### ATTORNEYS AT LAW

EIGHT WINTER STREET, 12TH FLOOR
BOSTON, MASSACHUSETTS 02108
TEL (617) 423-6222
FAX (617) 423-6555

---

## FACSIMILE TRANSMISSION SHEET

---

**TO:** Rex Brown, Courtroom Clerk
617-748-4584

Page Kelley, Esquire
617-223-8080

Edward L. Hayden, III, Esquire
781-598-1190

David G. Tobin, A.U.S.A.
617-748-3965

**FROM:** John M. Moscardelli, Esquire

**DATE:** December 6, 2004

**MESSAGE:** **RE:** United States v. Michael McDonald, et al
U.S. District Court No. MJ04-M-282 JLA

We are transmitting **3** pages, including this cover sheet.

If transmission is not complete, please call (617) 423-6222.

This transmittal is intended for the use of the addressee only. The documents included with this transmittal may contain information that is confidential and/or privileged. If you are not the addressee, note that any disclosure, photocopying, distribution, or use of this faxed information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents.

# PETERS & MOSCARDELLI

ATTORNEYS AT LAW

EIGHT WINTER STREET, 12TH FLOOR

BOSTON, MASSACHUSETTS 02108

(617) 423-6222

FAX (617) 423-6555

December 6, 2004

**BY FAX AND MAIL**

Clerk's Office—Criminal
ATTENTION: Rex Brown
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02110

  RE: *United States of America v. Michael McDonald, et al*
     *United States District Court No. MJ04-M-282 JLA*

Dear Mr. Brown:

  I am enclosing a Notice of Appearance for filing in connection with the above-entitled matter, which is presently scheduled for a hearing on Tuesday, December 7, 2004, at 3:00 p.m.

  Thank you.

Very truly yours,

*/s/ John M. Moscardelli*

John M. Moscardelli

JMM:DAM

Enclosure

cc: Page Kelley, Esquire
   Edward L. Hayden, III, Esquire
   David G. Tobin, A.U.S.A.