UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04 mj 00282 JLA |
| | ) | |
| MICHAEL McDONALD | ) | |
| | ) | |

MOTION TO WITHDRAW

Undersigned counsel moves to withdraw from the above captioned case. As reason therefor, defendant has retained John M. Moscardelli, Esq. to represent him.

                                          MICHAEL McDONALD
                                          By his attorney,

                                          /s/ Page Kelley
                                          Page Kelley
                                              B.B.O. #548237
                                          Federal Defender Office
                                          408 Atlantic Avenue, 3rd Floor
                                          Boston, MA  02110
                                          Tel: 617-223-8061

Date: December 9, 2004